## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | | |
|---|---|---|
| SPS LIMITED PARTNERSHIP, LLLP, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. ELH-14-589 |
| SPARROWS POINT, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF RELATED CASE

Pursuant to Local Rule 103.1(b)(ii), the Clerk of the Court will kindly take notice that the above-captioned matter is related to the case of *SPS Limited Partnership, LLLP, et al. v. Severstal Sparrows Point, LLC, et al.,* Case No. 1:10-cv-02579-JFM.


Dated:  June 4, 2014                    Respectfully submitted,

                                        **ECKERT SEAMANS CHERIN**
                                        **& MELLOTT, LLC**


                                        _____/s/ Mark A. Johnston_____
                                        Edward J. Longosz, II  (#07509)
                                        Mark A. Johnston  (#15973)
                                        1717 Pennsylvania Avenue, N.W.
                                        Suite 1200
                                        Washington, DC 20006
                                        (202) 659-6600
                                        elongosz@eckertseamans.com
                                        mjohnston@eckertseamans.com


                                        *Attorneys for Defendant,*
                                        *Sparrows Point, LLC*

<u>Of Counsel</u>:
Scott R. Dismukes, Esq.
David A. Rockman, Esq.
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
412-566-6000
sdismukes@eckertseamans.com
drockman@eckertseamans.com
jsharrow@eckertseamans.com

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a copy of the foregoing **Notice of Related Case** was

electronically filed and served, this 4th day of June, 2014, to:


George Ritchie, Esq.
Margaret M Witherup, Esq.
GORDON FEINBLATT ROTHMAN
  HOFFBERGER AND HOLLANDER LLC
233 E Redwood St
Baltimore, MD  21202



_____/s/ Mark A. Johnston_____
Mark A. Johnston