IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| SPS LIMITED PARTNERSHIP LLLP, et al., | * | |
| Plaintiffs, | * | |
| vs. | * | Civil Action No.:1:14-cv-00589 ELH |
| ENVIRONMENTAL LIABILITY TRANSFER, INC., et al., | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court, having considered the Joint Consent Motion for Entry of Scheduling Order, hereby enters the following Scheduling Order in this case:

| | |
|---|---|
| January 1, 2015 | Moving for leave to file Amended Complaint naming new defendants, joinder of additional parties and amendment of pleadings |
| January 15, 2015: | Deadline for requests for modification of initial Scheduling Order |
| January 15, 2015: | Joint request for early settlement/ADR conference (This request will not postpone discovery unless otherwise ordered.) |
| January 15, 2015: | Report about deposition hours |
| January 15, 2015: | Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge |
| January 15, 2015: | Deadline for conference about discovery of electronically stored information. (If either or both parties intend to take such discovery, |

before the conference counsel should review the Suggested Protocol for Discovery of Electronically Stored Information prepared by a Joint bench/bar committee published on the court's website.)

| | |
|---|---|
| February 2, 2015: | Plaintiffs' Rule 26(a)(2) disclosures |
| March 16, 2015: | Defendants' Rule 26(a)(2) disclosures |
| April 13, 2015: | Plaintiffs' rebuttal Rule 26(a)(2) disclosures |
| April 30, 2015: | Rule 26(e)(2) supplementation of disclosures and responses |
| May 7, 2015: | Discovery deadline; submission of status report |
| May 29, 2015: | Requests for admission |
| June 8, 2015: | Dispositive pretrial motions deadline |

*Ellen L. Hollander*   10/1/14

Honorable Ellen L. Hollander
U.S. District Court Judge

3434808.1 37195/124461 10/01/2014